ACCEPTED

TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/29/2014 1:10:25 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

12/29/2014 1:10:25 PM

CATHY S. LUSK
Clerk

29 DECEMBER 2014

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Jared McEwen v. State**
    **12-13-00371-CR**

Please find enclosed a copy of the letter sent to Mr. McEwen regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)
Jennifer Pate

C. Date of Delivery
12-22-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Jared McEwen
inmate
Bradshaw
3900 W Loop 571
Henderson, TX 75652

3. Service Type
☑ Certified Mail®
☐ Registered
☐ Insured Mail
☐ Priority Mail Express™
☐ Return Receipt for Merchandise
☐ Collect on Delivery

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
   (*Transfer from service label*)

7012 2920 0002 1854 0759

PS Form 3811, July 2013          Domestic Return Receipt

18 DECEMBER 2014


Jared Mcewen
Inmate: 01961821
Bradshaw State Jail
3900 W Loop 571
Henderson TX 75652-5259

By Certified Mail

**Re: Appeal**

Mr. McEwen:

Please find enclosed a copy of the opinion issued by the Twelfth Court of Appeals in your case. Because we waived the right to appeal and asked that this appeal be dismissed, the Court has done so.

You do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals should you desire to do so. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

As always, should you have any questions I will be happy to assist in any way that I can.


Sincerely,


Austin Reeve Jackson

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jared McEwen
Inmate
Bradshaw
3900 W Loop 571
Henderson, TX 75652

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jennifer Pate_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Jennifer Pate

C. Date of Delivery  12-22-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

7012 2920 0002 1854 0759

PS Form 3811, July 2013       Domestic Return Receipt